# UNITED STATES DISTRICT COURT

Eastern    **District of**    California

Fred Foulk, et. al.

Plaintiff (s),

v.

Luis Gabriel Rio Sosa, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:14-cv-00727-TLN-DB

Notice is hereby given that, subject to approval by the court,    Dr. Andrew Pomazal    substitutes

(Party (s) Name)

Michael A. Terhorst    , State Bar No.    164679    as counsel of record in place

(Name of New Attorney)

place of    Dr. Andrew Pomazal, Pro Se                                                                      .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Beeson Terhorst, LLP |
| Address: | 510 Bercut Drive, Suite V, Sacramento, CA 95811 |
| Telephone: | (916) 444-3400        Facsimile  (916) 444-3421 |
| E-Mail (Optional): | michael@beesonterhorst.com |

I consent to the above substitution.

Date:    09/03/2020

/S/ Andrew Pomazal

(Signature of Party (s))

I consent to being substituted.

Date:    9/3/2020

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:    9/3/2020

/S/ Michael A. Terhorst

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated:  September 10, 2020

DEBORAH BARNES

UNITED STATES MAGISTRATE JUDGE

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**